■ David C. Osterhout, Appellant, v Susquehanna Motel Corporation et al., Respondents. — Appeal from an order of the Supreme Court at Special Term (Zeller, J.), entered March 23, 1983 in Otsego County, which granted defendants' motion for summary judgment dismissing the complaint. Order affirmed, with costs, upon the opinion of Justice Howard A. Zeller at Special Term. Mahoney, P. J., Casey, Mikoll, Levine and Harvey, JJ., concur.